```
 1 | ARTHUR I. WILLNER, ESQ. (SBN 118480)
   | TERESA C. CHOW, ESQ. (SBN 237694)
 2 | BERGER KAHN
   | A Law Corporation
 3 | Mail Service:
   |   Post Office Box 92621
 4 |   Los Angeles, CA 90009-9998
   | Location:
 5 |   4215 Glencoe Avenue, 2nd Floor
   |   Marina del Rey, CA 90292-5634
 6 | Tel: (310) 821-9000 • Fax: (310) 578-6178
   | awillner@bergerkahn.com
 7 | tchow@bergerkahn.com
   | Attorneys for Defendant Alaska Airlines, Inc.
 8 |
 9 |           UNITED STATES DISTRICT COURT
10 |           NORTHERN DISTRICT OF CALIFORNIA
11 |                           CV 08  2875
12 | MARLICE MILLER,            )  CASE NO.
13 |              Plaintiff,    )
   |                            )  DEMAND FOR JURY TRIAL
14 | vs.                        )  [Fed.R.Civ.P. 38(b)]
   |                            )
15 | ALASKA AIRLINES, INC., DOES 1 )
   | Through 50, et al.         )
16 |                            )
   |              Defendants.   )
17 |                            )
18 |                            )
```

E-filing

TO THE CLERK OF THIS COURT, TO PLAINTIFF, AND TO HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, in accordance with Fed.R.Civ.P. 38(b), Defendant ALASKA AIRLINES, INC. hereby demands trial by jury in this action.

DATED: June 9, 2008

BERGER KAHN
A Law Corporation

By: _____
ARTHUR I. WILLNER
TERESA C. CHOW
Attorneys for Defendant ALASKA
AIRLINES, INC.

55965 Demand4JuryTrial.doc                    1
                    Demand for Jury Trial

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE BY MAIL
## (Code Civ. Proc. §§ 1013a(3) and 2015.5)

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

I am employed by Berger Kahn, A Law Corporation, whose business address is: 4215 Glencoe Avenue, 2nd Floor, Marina del Rey, California 90292 (the "firm").

On June 9, 2008, I served the foregoing document(s) described as **DEMAND FOR JURY TRIAL** on the interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof, enclosed in sealed envelope(s) with postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 4215 Glencoe Avenue, 2nd Floor, Marina del Rey, California 90292, addressed as follows:

Larry E. Cook, Esq.
Casper, Meadows, Schwartz & Cook
2121 North California Boulevard, Ste. 1020
Walnut Creek, California 94596
(925) 947-1147
(925) 947-1131

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service: it is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postal meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 9, 2008, at Marina del Rey, California.

SANDRA ALVARENGA