1  ARTHUR I. WILLNER, ESQ. (SBN 118480)
   TERESA C. CHOW, ESQ. (SBN 237694)
2  BERGER KAHN
   A Law Corporation
3  Mail Service:
     Post Office Box 92621
4    Los Angeles, CA 90009-9998
   Location:
5    4215 Glencoe Avenue, 2nd Floor
     Marina del Rey, CA 90292-5634
6  Tel: (310) 821-9000 • Fax: (310) 578-6178
   awillner@bergerkahn.com
7  tchow@bergerkahn.com
   Attorneys for Defendant Alaska Airlines, Inc.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 MARLICE MILLER,                  ) CASE NO. CV 08 2875
                                    )
13          Plaintiff,              )
                                    ) DEFENDANT ALASKA AIRLINES,
14 vs.                              ) INC.'S CERTIFICATION OF
                                    ) INTERESTED ENTITIES OR PERSONS
15 ALASKA AIRLINES, INC., DOES 1    ) [Local Rule 3-16]
   Through 50, et al.               )
16                                  )
            Defendants.             )
17                                  )
                                    )
18                                  )

19         TO THE CLERK OF THIS COURT, TO PLAINTIFF, AND TO HER COUNSEL

20 OF RECORD:

21         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

22 persons, associations of persons, firms, partnerships, corporations (including parent

23 corporations) or other entities (1) have a financial interest in the subject matter in

24 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

25 subject matter or in a party that could be substantially affected by the outcome of this

26 proceeding:

27

28

55965 CertInterested.doc                 1
Defendant Alaska Airlines, Inc.'s Certification of Interested Entities or Persons

1    1.    Alaska Air Group, Inc. (Parent corporation of Defendant Alaska Airlines, Inc.).

2    AIG Aviation, Inc. (Liability insurance carrier for Defendant Alaska Airlines, Inc.).

DATED: June 9, 2008

BERGER KAHN
A Law Corporation

By: _____
ARTHUR I. WILLNER
TERESA C. CHOW
Attorneys for Defendant ALASKA AIRLINES, INC.

BERGER KAHN
A Law Corporation
P.O. Box 92621
Los Angeles, CA 90009-9998

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE BY MAIL
(Code Civ. Proc. §§ 1013a(3) and 2015.5)

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

I am employed by Berger Kahn, A Law Corporation, whose business address is: 4215 Glencoe Avenue, 2nd Floor, Marina del Rey, California 90292 (the "firm").

On June 9, 2008, I served the foregoing document(s) described as **DEFENDANT ALASKA AIRLINES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof, enclosed in sealed envelope(s) with postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 4215 Glencoe Avenue, 2nd Floor, Marina del Rey, California 90292, addressed as follows:

Larry E. Cook, Esq.
Casper, Meadows, Schwartz & Cook
2121 North California Boulevard, Ste. 1020
Walnut Creek, California 94596
(925) 947-1147
(925) 947-1131

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service: it is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postal meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 9, 2008, at Marina del Rey, California.

*Sandra Alvarenga*
SANDRA ALVARENGA