ARTHUR I. WILLNER, ESQ. (SBN 118480)
TERESA C. CHOW, ESQ. (SBN 237694)
BERGER KAHN
A Law Corporation
Mail Service:
  Post Office Box 92621
  Los Angeles, CA  90009-9998
Location:
  4551 Glencoe Avenue, Suite 300
  Marina del Rey, CA  90292-5634
Tel: (310) 821-9000 • Fax: (310) 775-8775
awillner@bergerkahn.com
tchow@bergerkahn.com
Attorneys for Defendant Alaska Airlines, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLICE MILLER,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALASKA AIRLINES, INC., DOES 1 Through 50, et al.<br><br>                    Defendants. | CASE NO.  CV 08 2875 BZ<br><br>**DECLARATION OF SERVICE RE:**<br><br>1. Conformed Notice of Removal;<br>2. Civil Cover Sheet;<br>3. U.S.D.C. Northern California ECF Registration Information Handout;<br>4. U.S.D.C. Northern District of California Booklet – Consenting to A Magistrate Judge's Jurisdiction In the Northern District of Calif.;<br>5. Notice of Assignment of Case to A U. S. Magistrate Judge for Trial (Assigned to Magistrate Judge Bernard Zimmerman);<br>6. Consent to Proceed Before a United States Magistrate Judge;<br>7. Declination to Proceed Before a Magistrate Judge And Request for Reassignment to a United States District Judge;<br>8. Welcome to the U.S. District Court, San Francisco Information;<br>9. Drop Box Filing Procedures;<br>10. Public Notice - Magistrate Judge - U.S. District Court Northern District of California;<br>11. Order Setting Initial Case Management Conference and ADR Deadlines; and<br>12. Standing Orders (Dated January 16, 2002); and<br>13. Standing Order for All Judges of the |

55965 POS/ Removal/Relat Docs(Fed).doc           1

CV 08 2875 BZ

Northern District of California; Contents of Joint Case Management Statement

TO THE CLERK OF THIS COURT:

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE BY MAIL

**Re Case No.: CV 08 2875 BZ**

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

I am employed by Berger Kahn, A Law Corporation, whose business address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292 (the "firm").

On June 13, 2008, I served the foregoing document(s) described as:

1. Notice of Removal of Action Under 28 U.S.C. (Conformed);
2. Civil Cover Sheet;
3. U.S. District Court Northern California ECF Registration Information Handout;
4. U.S. District Court Northern District of California Booklet – Consenting to A Magistrate Judge's Jurisdiction In the Northern District of California;
5. Notice of Assignment of Case to A United States Magistrate Judge for Trial (Assigned to Magistrate Judge Bernard Zimmerman);
6. Consent to Proceed Before a United States Magistrate Judge;
7. Declination to Proceed Before a Magistrate Judge And Request for Reassignment to a United States District Judge;
8. Welcome to the U.S. District Court, San Francisco Information;
9. Drop Box Filing Procedures;
10. Public Notice - Magistrate Judge - U.S. District Court Northern District of California;
11. Order Setting Initial Case Management Conference and ADR Deadlines; and
12. Standing Orders (Dated January 16, 2002); and
13. Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement

on the interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof, enclosed in sealed envelope(s) with postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292, addressed as follows:

Larry E. Cook, Esq.
Casper, Meadows, Schwartz & Cook
2121 North California Boulevard,
Ste. 1020
Walnut Creek, California 94596
(925) 947-1147
(925) 947-1131

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service: it is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postal meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

1   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2   Executed on June 13, 2008, at Marina del Rey, California.

*[Signature]*
SANDRA ALVARENGA

BERGER KAHN
A Law Corporation
P.O. Box 92621
Los Angeles, CA 90009-9998