UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARLICE MILLER.

Plaintiff(s),

v.

ALASKA AIRLINES,

Defendant(s).

Case No.  C 08-02875 BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45)*.

(2) Discussed the available dispute resolution options provided by the Court and private
entities: and

(3) Considered whether this case might benefit from any of the available dispute
resolution options

Dated: 8/25/2008

[Party] ALASKA AIRLINES, INC.
KYLE B. LEVINE

Dated: 8/25/2008

[Counsel] TERESA C. CHOW

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R 3-5b) of Discussion of ADR Options."

Rev 12/05

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, a copy of th following document was filed electronically:

## ADR CERTIFICATION BY PARTIES AND COUNSEL

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's System:

Larry E. Cook, Esq.
Casper, Meadows, Schwartz & Cook
2121 North California Boulevard, Ste. 1020
Walnut Creek, California 94596
(925) 947-1147
(925) 947-1131
Email:  cook@cmslaw.com
Attorneys for Plaintiff Marlice Miller

DATED:  August 25, 2008                      BERGER KAHN, A Law Corporation


By:_____/s/ Teresa Chow_____
        ARTHUR I. WILLNER
        TERESA C. CHOW
        Attorneys for Defendant ALASKA
        AIRLINES, INC.
        Email: awillner@bergerkahn.com
               tchow@bergerkahn.com

1

C 08-02875 BZ