BERGER KAHN
*A Law Corporation*
P.O. Box 92621
Los Angeles, CA 90009-9998

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLICE MILLER,<br><br>       Plaintiff,<br><br>vs.<br><br>ALASKA AIRLINES, INC.,<br>DOES 1 through 50, et al.,<br><br>       Defendants. | CASE NO. CV 08 2875 BZ<br><br>[PROPOSED] ORDER<br>RE JOINT STIPULATION TO<br>CONTINUE CERTAIN DISCOVERY<br>CUTOFF DATES |

### [PROPOSED] ORDER

Good cause having been shown, the Court hereby sets the following dates. The close of non-expert discovery is extended from May 15, 2009 to July 14, 2009. The last day for expert disclosure is extended from May 22, 2009 to July 21, 2009. The last day for rebuttal expert disclosure is extended from May 29, 2009 to July 28, 2009. The last day for expert discovery is extended from June 5, 2009 to August 4, 2009.

SO ORDERED.

DATED: May 18, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

55965 [Prop] Order re Stip to Cont Dates.doc        1

CV 08 2875 BZ

# CERTIFICATE OF SERVICE

*Case No. CV 08-02875 BZ*

I hereby certify that on May 15, 2009, a copy of the following document was filed electronically:

**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE CERTAIN DISCOVERY CUTOFF DATES**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's System:

> Larry E. Cook, Esq.
> CASPER, MEADOWS, SCHWARTZ & COOK
> 2121 North California Boulevard
> Ste. 1020
> Walnut Creek, California 94596
> (925) 947-1147
> (925) 947-1131
> Email: cook@cmslaw.com
> Attorneys for Plaintiff Marlice Miller

DATED: May 15, 2009            BERGER KAHN
                               A Law Corporation


                               By:___/s/ Arthur I. Willner
                                  ARTHUR I. WILLNER
                                  AMBER M. McGOVERN
                               Attorneys for Defendant
                               ALASKA AIRLINES, INC.
                               E-Mail: awillner@bergerkahn.com

BERGER KAHN
*A Law Corporation*
P.O. Box 92621
Los Angeles, CA 90009-9998

55965 [Prop] Order re Stip to Cont Dates.doc            2            CV 08 2875 BZ