Larry E. Cook, Esq.
Email: cook@cmslaw.com
CASPER, MEADOWS, SCHWARTZ & COOK
2121 North California Boulevard
Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Fax: (925) 947-1131

Attorneys for Plaintiff Marlice Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLICE MILLER,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALASKA AIRLINES, INC.,<br>DOES 1 through 50, et al.,<br><br>                    Defendants. | CASE NO. CV 08 2875 BZ<br><br>Judge Bernard Zimmerman<br><br>**STIPULATION DISMISSING PLAINTIFF'S ENTIRE ACTION AGAINST DEFENDANT ALASKA AIRLINES, INC. WITH PREJUDICE** |

TO THE CLERK OF THIS COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MARLICE MILLER, and Defendant ALASKA AIRLINES, INC., by and through their respective attorneys of record, hereby agree and stipulate that this entire action shall be dismissed with prejudice as to ALASKA AIRLINES, INC., with each party bearing her/its own attorneys' fees and costs.

JointStipReDismissal.doc                    1

CV 08-02875 BZ

1     The parties further request that the Court enter an Order dismissing the
2 action.

5 DATED: July 22, 2009

    CASPER, MEADOWS, SCHWARTZ & COOK
    A Professional Corporation

    By: _____
    LARRY E. COOK
    Attorneys for Plaintiff MARLICE MILLER

12 DATE: July 21, 2009

    BERGER KAHN
    A Law Corporation

    By: _____
    ARTHUR I. WILLNER
    Attorneys for Defendant ALASKA AIRLINES, INC.
    Email: awillner@bergerkahn.com

Dated: July 22, 2009.

**IT IS SO ORDERED**
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA